**Jeffrey J. Druckman**, OSB No. 792148
E-mail address: jeff@jjdlaw.com
**Janine C. Blatt**, OSB No. 922323
E-mail address: janine@jjdlaw.com
Druckman & Blatt, P.C.
0424 S.W. Iowa Street
Portland, Oregon 97239
Telephone: (503) 241-5033
Facsimile: (503) 241-9033

      Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
Portland Division

| | |
|---|---|
| RAYMOND DEFRANCE,<br><br>    Plaintiff,<br><br>    v.<br><br>PROVIDENCE HEALTH & SERVICES, a Washington nonprofit corporation, and PROVIDENCE HEALTH & SERVICES – OREGON, an Oregon nonprofit corporation,<br><br>    Defendants. | Case No. 3:13-CV-02270-SI<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT** |

      Pursuant to Federal Rule of Civil Procedure 7.1, defendants hereby certify that Providence Health & Services – Oregon is an Oregon non-profit

1 –  Defendants' Corporate Disclosure Statement

corporation. Providence Health & Services, a Washington non-profit corporation, is the sole member of Providence Health & Services – Oregon. Defendants certify that Providence Health & Services – Oregon and Providence Health & Services do not issue stock.

Dated this 3rd day of February, 2014.

        s/Jeffrey J. Druckman
        Jeffrey J. Druckman,
        OSB No. 792148
        E-mail: jeff@jjdlaw.com

        s/Janine C. Blatt
        Janine C. Blatt
        OSB No. 922323
        E-mail: janine@jjdlaw.com

        Druckman & Blatt, P.C.
        0424 SW Iowa Street
        Portland, Oregon 97239
        Telephone: (503) 241-5033
        Fax: (503) 241-9033

        Attorneys for Defendant

I hereby certify that I served the foregoing **Defendants' Corporate Disclosure Statement** on:

> John D. Burgess
> Larry L. Linder
> Law Office of Larry L. Linder, LLC
> 2245 Commercial St. NE
> Salem, Oregon 303

>    Attorney for Plaintiff

by the following indicated method or methods:

☐    by **mailing** a full, true, and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to the attorney as shown above, the last-known office address of the attorney, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

☒    by **electronic filing** with the Circuit Court's CM/ECF system.

☐    by sending a full, true, and correct copy thereof via **overnight courier** in a sealed, prepaid envelope, addressed to the attorney as shown above, the last-known office address of the attorney, on the date set forth below.

☐    by **faxing** a full, true, and correct copy thereof to the attorney at the fax number shown above, which is the last-known fax number for the attorney's office on the date set forth below.

Dated this 3rd day of February, 2014.

> s/Jeffrey J. Druckman
> Jeffrey J. Druckman,
> Druckman & Blatt, P.C.
> 0424 SW Iowa Street
> Portland, Oregon 97239
> Telephone: (503) 241-5033
> Fax: (503) 241-9033
> E-mail: jeff@jjdlaw.com

>    Attorneys for Defendant